IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

GREGORY CHAMPION, #04304-043　　　　　　　　　　　　　　　　PETITIONER

VERSUS　　　　　　　　　　　　CIVIL ACTION NO. 5:07cv119-DCB-MTP

CONSTANCE REESE, Warden, et al.　　　　　　　　　　　　　RESPONDENTS

## **FINAL JUDGMENT**

This cause is before the court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the memorandum opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice for failure to comply with the orders of this court.

SO ORDERED AND ADJUDGED, this the __13th__ day of January, 2009.

　　　　　　　　　　　　　　　　　___s/ David Bramlette_____
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE